**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| JOYCE G. TILL, | ) | CASE NO. 09-14454 |
| | ) | Chapter 7 |
| DEBTOR(S). | ) | |

## NOTICE OF SMALL DIVIDENDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Money Matters Professional Collections | 3601 Hobson Road, Suite 205<br>Fort Wayne, IN 46815 | $1.29 |
| Fort Wayne Med Lab | c/o Snow & Sauerteig<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $0.40 |
| | Total | $1.69 |

**WHEREFORE**, Trustee is depositing the total sum of $1.69 with the Clerk of the U.S. Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: September 22, 2011**

        **Respectfully submitted,**

        **CHAPTER 7 TRUSTEE**
        **444 EAST MAIN STREET**
        **FORT WAYNE, INDIANA 46802**
        **TELEPHONE: (260) 426-0444**
        **FAX: (260) 422-0274**
        **EMAIL: mseifert@hallercolvin.com**

        **BY: /s/ Martin E. Seifert**
           **MARTIN E. SEIFERT**
           **I.D. #16857-02**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 22nd day of September, 2011, to:

>Dennis G. Golden, Esq.
>614 West Berry Street
>Suite B
>Fort Wayne, IN 46802
>
>United States Trustee
>555 One Michiana Square
>100 East Wayne Street
>South Bend, Indiana 46601
>
>Money Matters Professional Collections
>3601 Hobson Road, Suite 205
>Fort Wayne, IN 46815
>
>Ft Wayne Med Lab
>c/o Snow & Sauerteig
>203 E. Berry St., Suite 1310
>Fort Wayne, IN 46802

 /s/ Martin E. Seifert
**MARTIN E. SEIFERT**